UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARIS MORTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES E. CRITTERDEN,<br><br>　　　　Defendant. | Case No. 2:23-cv-00210-GMN-EJY<br><br>**ORDER** |

　　On February 9, 2023, Plaintiff submitted an application to proceed *in forma pauperis* together with a Civil Rights Complaint. ECF Nos. 1, 1-2. Plaintiff has not submitted this Court's form application to proceed *in forma pauperis* and the necessary financial attachments. Even if Plaintiff has not been at the Clark County Detention Center a full six-month period, Plaintiff must still submit a financial statement and an inmate account statement for the dates she has been at the facility. 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.

　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

　　IT IS FURTHER ORDERED that on or before **April 1, 2023**, Plaintiff must either pay the $402 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

　　IT IS FURTHER ORDERED that failure to either pay the $402 filing fee or file a complete application to proceed *in forma pauperis* on or before **April 1, 2023**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

　　IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-2), but will not file it at this time.

1  IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved
2 form application to proceed *in forma pauperis* for inmate along with the information and instructions
3 for filing the same.
4  DATED this 1st day of March, 2023.

```
                                            _____
                                            ELAYNA J. YOUCHAH
                                            UNITED STATES MAGISTRATE JUDGE
```